THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number:   119926
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8561
   Facsimile: (213) 894-7819
   Email: jon.klinck@usdoj.gov

E-FILED 2-20-08
JS-6

Attorneys for Defendants MICHAEL B. MUKASEY, Attorney General, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO GONZALEZ, Director of the United States Citizenship and Immigrations Services ("USCIS") and USCIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GAY G. PADIERNOS,<br><br>   Plaintiff,<br><br>      v.<br><br>MICHAEL B. MUKASEY,<br>Attorney General, et al.,<br><br>   Defendants. | No. CV 07-07253 PSG (FFMx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br><br>The Honorable Philip S. Gutierrez |

    Based on the filed stipulation of counsel, and good cause appearing therefor,

///

///

///

///

    IT IS ORDERED that the above-entitled action be dismissed without

1 | prejudice, and that each party bear their own attorneys' fees and costs.
2 |
3 | DATED: 2/20/08
4 |
5 |
6 |                                **PHILIP S. GUTIERREZ**
                              UNITED STATES DISTRICT JUDGE